UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| J.P., on her own and on behalf of her minor, child, M.A., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 23-CV-1136 |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

**REPORT OF RULE 26(f) JURISDICTIONAL DISCOVERY PLANNING MEETING**

NOW COMES Plaintiff J.P., individually and on behalf of her minor child, M.A. by and through their attorneys of record, Daralyn J. Durie, Bethany D. Bengfort, Matthaeus Martino-Weinhardt, Hanna M. Lauritzen, John C. Ellis, Justin Deluca, David A. Deschepper, and Sophia Maietta, and Defendant United States of America, by United States Attorney Gregory K. Harris and through Assistant United States Attorney Kathy L. Swett; and pursuant to this Court's October 26, 2023 Order and Federal Rules of Procedure 26, counsel for the parties conferred for the purpose of formulating a proposed jurisdictional discovery calendar for consideration by the Court. The following are dates upon which counsel have agreed:

1.    Defendant agrees to provide Plaintiffs with proposed protective orders by November 8, 2023.

2.    Proposed protective orders and ESI Protocol to be filed with the Court by November 30, 2023.

3.    The Parties shall serve initial disclosures limited to the issues relevant to jurisdictional discovery by January 19, 2024.

4.      Family Separation Case "Common Discovery" to be provided to Plaintiffs by January 19, 2024.

5.      Written discovery requests regarding jurisdictional issues by Defendant to Plaintiffs to be provided by February 2, 2024.

6.      The Parties agree to confer regarding additional jurisdictional discovery by March 29, 2024.

7.      The Parties shall submit an updated status report regarding jurisdictional discovery to the Court by April 12, 2024, which shall include information on any additional discovery requested by a party and the nature of any dispute regarding those requests.


Respectfully submitted,

By: /s/ Kathy L. Swett
Kathy L. Swett
Counsel for Defendants
Assistant United States Attorney
1830 Second Avenue, Ste. 250
Rock Island, Illinois 61201
309-283-3316

kathy.swett@usdoj.gov

By: /s/ Matthaeus Martino-Weinhardt
Matthaeus Martino-Weinhardt
One of Plaintiffs' Attorneys
mmartinoweinhardt@mofo.com

Daralyn J. Durie
ddurie@mofo.com
Bethany D. Bengfort
bbengfort@mofo.com
Hanna M. Lauritzen
hlauritzen@mofo.com
Morrison & Foerster LLP
425 Market Street,
San Francisco, California  94105
415-268-7000

John C. Ellis
jellis@ellislegal.com
Justin Deluca
jdeluca@ellislegal.com
David A. Deschepper
ddeschepper@ellislegal.com
Sophia Maietta
smaietta@ellislegal.com
Ellis Legal, P.C.
200 W. Madison Street, Ste. 2670
Chicago, IL 60606
312-967-7629

*Pro Bono Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on November 14, 2023, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of Illinois by using the CM/ECF system. Participants in the case who are CM/ECF users will be served by the CM/ECF system.

/s/Kathy L. Swett
Assistant United States Attorney