IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| J.P., on her own and on behalf of her minor, Child, M.A., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  No. 23-cv-1136 ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I certify on February 2, 2024, I electronically filed the foregoing Certificate of Service with the Clerk of the Court of the United States District Court for the Central District of Illinois by using the CM/ECF system. I further certify that I caused Defendant's Initial Disclosures to be delivered via USAfx and Email to Plaintiff's attorneys of record.

Respectfully submitted,

Gregory K. Harris
United States Attorney

By:  s/Kathy L. Swett
Kathy L. Swett
CA Bar No. 278531
IL Bar No. 6316491
United States Attorney's Office
1830 2nd Ave., Suite 250
Rock Island, IL 61201
Telephone: 309-283-3316
Fax: 309-793-5895
Email: Kathy.Swett @usdoj.gov

1