# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| J.P. on her own behalf and on behalf of her minor child, M.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 1:23-cv-01136-JES-JEH |

## JOINT STATUS REPORT

Pursuant to the Court's November 15, 2023 Order, Plaintiffs J.P. and M.A. and Defendant United States of America, by and through their undersigned counsel, submit this Joint Status Report.

On October 10, 2023, the Court ordered jurisdictional discovery. (Dkt. 24.) On February 2, 2024, Defendant produced Family Separation Case "Common Discovery." On April 8, 2024, Plaintiffs met and conferred with Defendant to request additional jurisdictional discovery pertaining to the questions presented in the Court's October 10 Order. Specifically, Plaintiffs requested communications between local officials in El Paso, Texas, where the separation occurred, as well as depositions of key witnesses familiar with the underlying facts of Plaintiffs' case.

Defendant is reviewing Plaintiffs' discovery request and expects to have a response by April 17, 2024.

In light of the foregoing, the Parties propose a Joint Status Report be submitted to the Court by April 24, 2024.

Dated: April 12, 2024                    Respectfully submitted,

                                               */s/* Daralyn Durie
                                               Daralyn J. Durie
                                               Bethany D. Bengfort
                                               Hanna M. Lauritzen
                                               MORRISON & FOERSTER LLP
                                               425 Market Street
                                               San Francisco, CA  94105-2582
                                               Telephone:  415.268.7000
                                               DDurie@mofo.com
                                               BBengfort@mofo.com
                                               HLauritzen@mofo.com

                                               John C. Ellis
                                               Justin Deluca
                                               David A. Deschepper
                                               Sophia Maietta
                                               ELLIS LEGAL, P.C.
                                               200 W. Madison Street, Ste. 2670
                                               Chicago, IL 60606
                                               Telephone:  312.967.7629
                                               jellis@ellislegal.com
                                               jdeluca@ellislegal.com
                                               ddeschepper@ellislegal.com
                                               smaietta@ellislegal.com

                                               *Counsel for Plaintiffs*


Dated: April 12, 2024                    Respectfully submitted,

                                               */s/* Kathy L. Swett
                                               Kathy L. Swett
                                               ASSISTANT UNITED STATES ATTORNEY
                                               1830 Second Avenue, Ste. 250
                                               Rock Island, IL 61201
                                               Telephone:  309.283.3316
                                               kathy.swett@usdoj.gov

                                               *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 12, 2024 the within document was filed with the Clerk of the Court using CM/ECF.

*/s/ Daralyn J. Durie*
DARALYN J. DURIE
