IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| J.P. on her own behalf and on behalf of her minor child, M.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 1:23-cv-01136-JES-JEH |

**JOINT STATUS REPORT**

On April 12, 2024, the Parties submitted a Joint Status Report pursuant to the Court's November 15, 2023 Order. (Dkt. 34.) The Parties informed the Court that discussions regarding additional jurisdictional discovery were ongoing. In light of the Joint Status Report, the Court ordered the parties to submit an additional Joint Status by April 24, 2024. (Dkt. 35.)

On April 17, 2024, Defendant responded to Plaintiffs' requests for additional discovery, stating the government's position was that the requested discovery was not relevant to the jurisdictional issue. The Parties are continuing discussions in an effort to resolve this dispute without Court intervention. To establish a proper record of Plaintiffs' requests and Defendant's opposition, the Parties propose the following dates and deadlines:

1. Plaintiffs shall serve requests for production and notice fact depositions to Defendant by May 10, 2024.

2. Defendant shall serve responses and objections to Plaintiffs' requests for production and

deposition notices by June 10, 2024.

3. The Parties shall meet and confer by June 21, 2024.

4. If the Parties are unable to reach a resolution, the Party first raising the dispute shall file a Motion for Hearing Concerning Discovery Dispute by June 28, 2024, pursuant to Section VII.2 of this Court's Standing Order.

Dated: April 24, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Daralyn J. Durie
　　　　　　　　　　　　　　　　　　　　Daralyn J. Durie
　　　　　　　　　　　　　　　　　　　　Bethany D. Bengfort
　　　　　　　　　　　　　　　　　　　　Hanna M. Lauritzen
　　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　　425 Market Street
　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94105-2582
　　　　　　　　　　　　　　　　　　　　Telephone:  415.268.7000
　　　　　　　　　　　　　　　　　　　　DDurie@mofo.com
　　　　　　　　　　　　　　　　　　　　BBengfort@mofo.com
　　　　　　　　　　　　　　　　　　　　HLauritzen@mofo.com

　　　　　　　　　　　　　　　　　　　　John C. Ellis
　　　　　　　　　　　　　　　　　　　　Justin Deluca
　　　　　　　　　　　　　　　　　　　　David A. Deschepper
　　　　　　　　　　　　　　　　　　　　Sophia Maietta
　　　　　　　　　　　　　　　　　　　　ELLIS LEGAL, P.C.
　　　　　　　　　　　　　　　　　　　　200 W. Madison Street, Ste. 2670
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Telephone:  312.967.7629
　　　　　　　　　　　　　　　　　　　　jellis@ellislegal.com
　　　　　　　　　　　　　　　　　　　　jdeluca@ellislegal.com
　　　　　　　　　　　　　　　　　　　　ddeschepper@ellislegal.com
　　　　　　　　　　　　　　　　　　　　smaietta@ellislegal.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*


Dated: April 24, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Kathy L. Swett
　　　　　　　　　　　　　　　　　　　　Kathy L. Swett
　　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　　1830 Second Avenue, Ste. 250
　　　　　　　　　　　　　　　　　　　　Rock Island, IL 61201
　　　　　　　　　　　　　　　　　　　　Telephone:  309.283.3316
　　　　　　　　　　　　　　　　　　　　kathy.swett@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2024 the within document was filed with the Clerk of the Court using CM/ECF.

*/s/ Daralyn J. Durie*
DARALYN J. DURIE