UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| J.P., on her own and on behalf of her minor, child, M.A., | ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

No. 23-CV-1136

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2024, counsel for the defendant caused this Certificate of Service to be electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that on June 14, 2024, I caused *Defendant United States' Responses and Objections to Plaintiff's First Set of Interrogatories, Defendant United States' Responses and Objections to Plaintiff's First Set of Requests for Production and the Objection of the Deposition of Martin Sarellano* to be delivered by USAfx to counsel of record.

Respectfully submitted,

Gregory K. Harris
United States Attorney

By:   s/Kathy L. Swett
Kathy L. Swett
CA Bar No. 278531
IL Bar No. 6316491
United States Attorney's Office
1830 2nd Ave., Suite 250
Rock Island, IL 61201
Telephone: 309-283-3316
Fax: 309-793-5895
Email: Kathy.Swett @usdoj.gov

1