# IN THE
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| J.P., on her own behalf and on behalf of her minor child, M.A.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:23-cv-01136-JES-JEH<br><br>**MOTION FOR HEARING CONCERNING DISCOVERY DISPUTE** |

## MOTION FOR HEARING CONCERNING DISCOVERY DISPUTE

Plaintiffs J.P. and M.A. hereby file this Motion for Hearing Concerning Discovery Dispute pursuant to Rule VII of this Court's Standing Order. Pursuant to Fed. R. Civ. P. 37(a)(1) and this Court's Standing Order, the parties met and conferred by phone on June 28, 2024. Plaintiffs attempted in good faith to resolve this dispute. The parties were unable to reach agreement.

Dated: June 28, 2024

ELLIS LEGAL, P.C.

By: /s/ John C. Ellis
ELLIS LEGAL, P.C.
JOHN C. ELLIS
jellis@ellislegal.com
JUSTIN DELUCA
jdeluca@ellislegal.com
DAVID A. DESCHEPPER
ddeschepper@ellislegal.com
SOPHIA MAIETTA
smaietta@ellislegal.com
200 W. Madison St., Suite 2670
Chicago, IL 60606
Telephone: 312.967.7629

MORRISON & FOERSTER LLP
DARALYN J. DURIE

ddurie@mofo.com
BETHANY D. BENGFORT
bbengfort@mofo.com
HANNA M. LAURITZEN
hlauritzen@mofo.com
Morrison & Foerster LLP
425 Market Street,
San Francisco, CA
94105
Telephone: 415.268.7000

*Pro Bono Counsel for Plaintiffs*