IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| J.P. on her own behalf and on behalf of her minor child, M.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 1:23-cv-01136-JES-JEH |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

**PLEASE BE ADVISED** that the parties in this matter have reached a settlement agreement in principle and are currently finalizing terms for the same. The parties respectfully request that this Court strike the deadlines set in the July 8, 2024 Minute Entry, pending finalization of the terms of settlement.

Dated: July 19, 2024

Respectfully submitted,

 /s/ *Daralyn J. Durie*
Daralyn J. Durie
Bethany D. Bengfort
William Henry Huttinger
Hanna M. Lauritzen
Chloe Connolly
James Murray
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2582
Telephone:  415.268.7000
DDurie@mofo.com
BBengfort@mofo.com
HHuttinger@mofo.com

HLauritzen@mofo.com
CConnolly@mofo.com
JMurray@mofo.com

John C. Ellis
Justin Deluca
David A. DeSchepper
Sophia Maietta
ELLIS LEGAL, P.C.
200 W. Madison Street, Ste. 2670
Chicago, IL 60606
Telephone: 312.967.7629
jellis@ellislegal.com
jdeluca@ellislegal.com
ddeschepper@ellislegal.com
smaietta@ellislegal.com

*Counsel for Plaintiffs*

Dated: July 19, 2024

Respectfully submitted,

 */s/ Kathy L. Swett*
Kathy L. Swett
ASSISTANT UNITED STATES ATTORNEY
1830 Second Avenue, Ste. 250
Rock Island, IL 61201
Telephone: 309.283.3316
kathy.swett@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024 the within document was filed with the Clerk of the Court using CM/ECF.

                                                */s/ Daralyn J. Durie*
                                                DARALYN J. DURIE