E-FILED
Tuesday, 24 September, 2024 12:47:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

J.P., on her own and on behalf of her minor child, M.A.,

Plaintiffs,

v.

United States of America,

Defendant.

No. 1:23-cv-01136-JES-JEH

**[PROPOSED] ORDER APPROVING SETTLEMENT OF MINOR'S CLAIMS**

Pending before the Court is the Plaintiffs' Motion for Court Approval of Settlement of Minor's Claims (ECF No. 45). After reviewing the Motion, the applicable law, and Plaintiffs' arguments, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED:

1. The Court approves the settlement of this action.
2. The Court approves the allocation of the settlement proceeds of 50% ($80,000.00) to J.P. and 50% ($80,000.00) to M.A.
3. Pursuant to Plaintiffs' Motion for Court Approval of Settlement of Minor's Claims, the legal services provided to Plaintiffs by Morrison Foerster LLP and Ellis Legal, P.C. were provided *pro bono* and they will not receive any portion of the settlement.
4. The Court approves the placement of M.A.'s portion of the settlement into a private trust or blocked account belonging solely to M.A., which pursuant to this Order, will be accessible by M.A. no earlier than his eighteenth birthday.

5. Plaintiffs' counsel shall coordinate with M.A. for the execution of all necessary paperwork and the funding of the minor's trust or blocked account on behalf of M.A. and shall report back to the Court once the funding is completed.

Signed this ________ day of ________, 2024

______________________________

UNITED STATES DISTRICT JUDGE