# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

J.P. on her own behalf and on behalf of her minor child, M.A.,

        Plaintiffs,

v.

United States of America,

        Defendant.

No. 1:23-cv-01136-JEH

## REPORT ON DISPOSITION OF PLAINTIFF M.A.'S SETTLEMENT FUNDS AND NOTICE OF DISMISSAL

Claims Pursuant to the Court's order granting Plaintiffs' Motion for Court Approval of Settlement of Minor's (Doc. 47), Plaintiffs' counsel reports that Plaintiff M.A. has been sent his portion of the settlement funds for placement into a blocked account for his sole benefit. Plaintiffs' counsel will ensure the blocked account is opened and the funds are deposited therein.

Pursuant to Paragraph 5.e of the Parties' Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 (Doc. 50), Plaintiffs hereby request that this Court dismiss this Action in its entirety with prejudice, with each side bearing its own costs, expenses, and fees.

Dated: April 3, 2025

                                          Respectfully submitted,

                            By:   /s/ Daralyn J. Durie
                                  Daralyn J. Durie
                                  William Henry Huttinger
                                  Hanna M. Lauritzen

James Murray
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2582
Telephone: 415.268.7000
DDurie@mofo.com
HHuttinger@mofo.com
HLauritzen@mofo.com
JMurray@mofo.com

John C. Ellis
Justin Deluca
David A. DeSchepper
Sophia Maietta
ELLIS LEGAL, P.C.
200 W. Madison Street, Ste. 2670
Chicago, IL 60606
Telephone: 312.967.7629
jellis@ellislegal.com
jdeluca@ellislegal.com
ddeschepper@ellislegal.com
smaietta@ellislegal.com

*Counsel for Plaintiffs*

1:23-cv-01136-JEH   # 52   Filed: 04/03/25   Page 2 of 2